UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-559-MOC
(3:14-cr-19-MOC-1)

| | |
|---|---|
| JAMES LEWIS, JR., | ) |
| Petitioner, | ) |
| vs. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

This matter is before the Court on a motion of the United States, (Doc. No. 6), to hold this action in abeyance pending the Fourth Circuit Court of Appeal's resolution of United States v. Ali, No. 15-4433, and United States v. Simms, No. 15-4640.

**IT IS HEREBY ORDERED** that the Motion to Stay, (Doc. No. 6), is **GRANTED**. The Government shall have 60 days after the last of the above decisions is adjudicated in which to file its response to Petitioner's motion to vacate.

Signed: November 22, 2016

Max O. Cogburn Jr.
United States District Judge